UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DONALD RIBAR, et al.,**

  **Plaintiffs,**

  v.

**VOLKSWAGEN GROUP
OF AMERICA, INC.,**

  **Defendant.**

Case No. 2:15-cv-3006
JUDGE GREGORY L. FROST
Magistrate Judge Terence P. Kemp

## ORDER

The parties are advised that, in order to avoid any potential present or future conflict, law clerk Shawn Judge has been and will be screened off from this action.

**IT IS SO ORDERED.**

      /s/ Gregory L. Frost
      GREGORY L. FROST
      UNITED STATES DISTRICT JUDGE