UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)

| | | |
|---|---|---|
| DONAL RIBAR, et al, | ) | CASE NO. 2:15-CV-3006 |
| Plaintiffs | ) ) | JUDGE GREGORY L. FROST |
| vs. | ) ) | MAGISTRATE JUDGE KEMP |
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) | **ORDER TO STAY JOINT MOTION PENDING RESOLUTION OF MOTION TO TRANSFER BEFORE JUDICIAL PANEL** |
| Defendant | ) ) | **ON MULTIDISTRICT LITIGATION** |

This matter came before the Court upon the parties' Joint Motion to Stay Pending Resolution of Motion to Transfer Before Judicial Panel on Multidistrict Litigation. Based upon the Motion, the Joint Memorandum in Support, and upon all other things properly before it, the Court hereby grants the Motion in all respects.

Therefore, it is hereby ordered that this action is stayed pending resolution of the Motion to Transfer Before the Judicial Panel on Multidistrict Litigation in MDL No. 2627. The parties shall jointly notify the Court within ten days of a ruling by the Panel on the motion to transfer in MDL No. 2627.

IT IS SO ORDERED.

/s/ GREGORY L. FROST
UNITED STATES DISTRICT JUDGE

_____
UNITED STATES MAGISTRATE JUDGE